UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 5:24-02701-JGB (RAO) | Date: | July 15, 2025 |
| Title: | Jasmen Lamar Hall v. Ironwood State Prison et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Eddie Ramirez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**    (In Chambers) **ORDER TO SHOW CAUSE**

On November 21, 2024, Plaintiff Jasmen Lamar Hall ("Plaintiff"), a California state prisoner proceeding *pro se*, filed a civil rights complaint. Dkt. No. 1. On April 29, 2025, the Court dismissed the complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint ("FAC") by May 29, 2025 (the "April 29, 2025 Order"). Dkt. No. 11. On May 20, 2025, Plaintiff filed a document captioned "Exhibit A" which appear to be copies of documents related to the grievance process that he has pursued at Centinela State Prison. *See* Dkt. No. 12. However, Plaintiff has not filed the FAC as directed by the Court's April 29, 2025 Order.

**Plaintiff is ordered to show cause in writing by August 5, 2025, why this matter should not be dismissed for failure to prosecute and follow court orders. If Plaintiff files the FAC by August 5, 2025, the Court will discharge this order to show cause. Plaintiff is warned that failure to respond to this Order will result in this action being dismissed.**

|   |   :   |
|---|---|
|   | Initials of Preparer    er |