JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN LAVAR HALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IRONWOOD STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-02701-JGB-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing Complaint,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: September 11, 2025

　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE